

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00266-CR
### NO. 02-16-00267-CR

JOHN JOSEPH JORDAN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY
TRIAL COURT NOS. 56,639-B, 57,450-B

----------

## MEMORANDUM OPINION[1]

----------

Appellant John Joseph Jordan attempts to appeal from his conviction for possession of a controlled substance, Oxycodone, and his conviction for the theft of property worth less than $2,500, enhanced by two prior convictions. *See* Tex. Health & Safety Code Ann. § 481.115 (West 2010), Tex. Penal Code Ann. § 31.03 (West Supp. 2016). Appellant pleaded guilty in both cases pursuant to

---

[1]*See* Tex. R. App. P. 47.4.

plea bargains, and in accordance with the plea bargains, Appellant was sentenced to six years' imprisonment for the possession conviction and 18 months' imprisonment for the theft conviction. The trial court's certification of his right to appeal in each case states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

By letter dated July 11, 2016, we notified Appellant his appeals could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before July 21, 2016, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certifications, we therefore dismiss Appellant's appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 18, 2016